In the Matter of MICHAEL W. CASEY, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

## SECOND DEPARTMENT, JUNE, 1922.

EDWARD AMMANN, Respondent, v. CHARLES AMMANN and JOSEPHINE RANDALL, Appellants, and Others, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly and Jaycox, JJ.; Young, J., not voting.

LEON AXELROD, Respondent, v. RAY McCOMBS, Appellant.— Motion to dismiss appeal granted, with costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

LEON AXELROD, Respondent, v. RAY McCOMBS, Appellant.— Motion for an order discontinuing appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

GEORGE W. COUGLE, Appellant, v. MAURICE O'KEEFE, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Motion to resettle order denied. In addition to the cause assigned in our previous decision [See 199 App. Div. 935; 200 id. 838], we are also of opinion that there is no question of law to be reviewed. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

ANNA E. DARROW and Others, Appellants, v. GEORGE H. TERRY and Another, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

OTTO DENEF, an Infant, by AUGUST W. DENEF, His Guardian ad Litem, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

DORFMAN REALTY COMPANY, INC., Appellant, v. JOSEPH SIMON, Respondent.— Motion for stay denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

MAX EPSTEIN, Respondent, v. GERTRUDE HOROWITZ, Appellant. HARRIS HOROWITZ, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

NICHOLAS J. ESCHENBRENNER, Appellant, v. GUDE BROTHERS, KIEFFER COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals granted on the ground that there seems to be a conflict of authority between the different departments on the question of practice involved. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ. Settle order, with questions to be submitted, before the presiding justice.

NATHAN GOLDMAN and Others, Respondents, v. NATHAN DONIGER, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

LEONIE C. HALSTEAD, as Executrix, etc., of SAMUEL H. HALSTEAD, Deceased,